1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Rodrigo Tenesaca-Yanchatuna, | No. CV-25-04615-PHX-KML (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Petitioner filed this action challenging his immigration detention.  A district court in the Central District of California recently certified a class that includes Petitioner. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403, at *1 (C.D. Cal. Nov. 25, 2025).

In response to this court's order to show cause, government counsel argued the petition should be dismissed as duplicative of *Bautista* or stayed pending an order granting class-wide relief. (Doc. 5 at 2–5.) The government concedes "Petitioner is entitled to and bound by any relief that the *Bautista* court ultimately grants." (Doc. 5 at 4.) On December 18, 2025, the *Bautista* court entered judgment under Rule 54(b) declaring "the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a) and are not subject to mandatory detention under § 1225(b)(2)" and vacating "the Department of Homeland Security policy described in the July 8, 2025, 'Interim Guidance Regarding Detention Authority for Applicants for Admission' under the Administrative Procedure Act as not in accordance with law. 5 U.S.C. § 706(2)(A)." *Bautista v. Santacruz*, No.

5:25-CV-01873-SSS-BFM, Doc. 94 (C.D. Cal. Dec. 18, 2025). Pursuant to that judgment, petitioner is entitled to be released from custody or provided a bond redetermination hearing within seven days. But in the alternative, the court's review of the petition confirms he is entitled to relief regardless of *Bautista* and the court grants relief based on its independent view that his detention is governed by § 1226 and not § 1225.

**IT IS ORDERED**:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.

2. Respondents must provide petitioner a bond redetermination hearing within **ten days** or release him from custody under the same conditions that existed before his detention.

3. Respondents must provide a notice of compliance within **two days** of releasing Petitioner or providing him a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of December, 2025.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -